UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 8:08-cv-784-T-24 TGW

JONATHAN RICHARD COMNES,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the United States' Motion for Summary Judgment, which was filed on June 5, 2008 (Doc. No. 8). Defendant Jonathan Richard Comnes has failed to file any responsive pleading to the motion. Accordingly, the Court will construe this Motion as unopposed, if Defendant does not file any responsive pleading by **Monday, July 14, 2008**.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of July, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Defendant