UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                  Case No. 8:08-cv-784-T-24 TGW

JONATHAN COMNES,

    Defendant.
_____

## **O R D E R**

This cause comes before the Court on the United States Motion for Summary Judgment, which was filed on June 5, 2008. (Doc. No. 8.) Defendant Jonathan Comnes has failed to file a timely response in opposition, and therefore the Court considers the Motion to be unopposed. The Court concludes that the United States is entitled to summary judgment, for the reasons stated in its motion. Specifically, the Court finds that the undisputed material facts of record show that Defendant Jonathan Comnes is indebted to the United States for an unpaid student loan in the amount of $127,292.76, plus interest on the principal amount of $89,907.39 and $5.00 in penalty, at the interest rate of 8.25% per annum, from June 4, 2008 to the date of judgment, and interest thereafter at the rate established by 28 U.S.C. § 1961, together with costs and expenses incurred by the United States in bringing this suit.

Accordingly, the United States of America's Motion for Summary Judgment (Doc. No. 8) is **GRANTED** on its merits and because Defendant Jonathan Comnes has failed to timely oppose the Motion. The Clerk is directed to enter judgment in favor of the United States, terminate all pending motions, and close this case.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of July, 2008.

Copies to:
Counsel of Record
*Pro Se* Defendant

SUSAN C. BUCKLEW
United States District Judge